26118.   PHARRIS et al. v. MAYOR &c. OF JEFFERSON.

PER CURIAM. This is the second appearance of this case in this court. On the first appearance a judgment dismissing the com-

plaint because the Attorney General had not been served was reversed so that evidence as to such issue could be introduced in the trial court. See *Pharris v. Mayor &c. of Jefferson,* 226 Ga. 489 (175 SE2d 845). Thereafter the case was tried and a judgment adverse to the plaintiffs was rendered on the merits of the case and they again appealed. *Held:*

Pretermitting many questions raised in the appeal under the decision of this court in the case of *Plantation Pipe Line Co. v. City of Bremen,* 227 Ga. 1, since an independent school system exists in the City of Jefferson (*City of Jefferson v. Holder,* 195 Ga. 346, 349 (24 SE2d 187)), the proposed annexation across political subdivision lines into the Jackson County School District under the Act of 1966 (Ga. L. 1966, p. 409; *Code Ann.* § 69-904) was void and the judgment of the trial court denying the plaintiffs' prayers to declare the annexation ordinance void must be reversed.

*Judgment reversed. All the Justices concur. Nichols and Hawes, JJ., concur specially.*

ARGUED OCTOBER 13, 1970—DECIDED DECEMBER 3, 1970.

*Scott & Alexander, Alan M. Alexander, Jr.,* for appellants.

*Joseph J. Gaines, Davis & Davidson, Jack S. Davidson, Arthur K. Bolton, Attorney General,* for appellee.